**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00528-CR

**CALEB BOON EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-86540-2018**

## ORDER

Before the Court is the State's September 23, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief, received that same day, filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE